**Electronically Filed**
**Supreme Court**
**SCWC-18-0000047**
**14-AUG-2024**
**08:01 AM**
**Dkt. 8 ODAC**

SCWC-18-0000047

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WAIMANALO 56, LLC and SHILOAH WARREN,
Petitioners/Plaintiffs-Appellants,

vs.

WAIMANALO TELEVISION PARTNERS, LLC;
WAIMANALO TELEVISION PARTNERS; HULIHULI TV LLC;
and OCEANIA CHRISTIAN CHURCH N.K.A. PACIFIC CHRISTIAN CHURCH,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000047; CASE NO. 1CC111000898)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens JJ.)

The application for writ of certiorari filed on July 1, 2024, by Petitioners/Plaintiffs-Appellants Waimanalo 56, LLC and Shiloah Warren is hereby rejected.

DATED:  Honolulu, Hawai'i, August 14, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

